UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTGOMERY BLAIR SIBLEY,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**THE HONORABLE MITCH MCCONNELL,** *et al.***,**<br><br>    **Defendants.** | Civil Action No. 15-730 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiff's Motion for Leave to Amend the Complaint is DENIED; and

2. Plaintiff's Motion for Rule 11 Sanctions is DENIED; and

3. Defendants' Motions to Dismiss are GRANTED IN PART and DENIED IN PART; and

4. Plaintiff's Second Motion for Remand is GRANTED; and

5. The case is REMANDED to D.C. Superior Court.

IT IS SO ORDERED.

                                            /s/ *James E. Boasberg*
                                            JAMES E. BOASBERG
                                            United States District Judge

Date:  October 13, 2015